1  BRUCE NYE, SBN 77608
   MICHAEL SACHS, SBN 235048
2  GEORGES A. HADDAD, SBN 241785
   ADAMS | NYE | BECHT LLP
3  222 Kearny Street, Seventh Floor
   San Francisco, California 94108-4521
4  Telephone: (415) 982-8955
   Facsimile:  (415) 982-2042
5
   Attorneys for Plaintiff
6  AUTOBAHN, INC. dba AUTOBAHN MOTORS

7

8                 UNITED STATES DISTRICT COUR

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | AUTOBAHN, INC. dba AUTOBAHN MOTORS, | No. 4:15-cv-04803-JST |
|---|---|---|
| 12 | | [PROPOSED] ORDER CONTINUING DATES FOR FILING OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR ATTORNEYS' FEES (Cal. Code of Civ. Proc. §425.16) AND MOTION TO DISMISS (FRCP, Rules 12(B)(1) and 12(B)(6)) AND FOR FILING REPLIES TO OPPOSITION TO SUCH MOTIONS |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | MAS.KAY CORPORATION, dba EUROTECH, MICHAEL KEYNEJAD, and DOES 1-20, | |
| 16 | | |
| 17 | Defendants. | |

18

19    The parties having stipulated thereto, and good cause appearing,

20    IT IS HEREBY ORDERED that Plaintiff's Oppositions to Defendants' Motions to Dismiss

21 shall be filed and served no later than twenty-one days before the hearing date(s) for such Motions,

22 and Defendants' Replies with respect to such Motions shall be served and filed no later than fourteen

23 days before the hearing date(s). Defendants must re-notice these motions in order to place

24 them on the Court's calendar.

25 Dated: October 26, 2015            By: _____
                                          UNITED STATES DISTRICT JUDGE
26 / / / /

27 / / / /

28 / / / /

                                          1
[PROPOSED] ORDER CONTINUING DATES FOR FILING OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

APPROVED AS TO FORM AND CONTENT:

DATED: October 22, 2015      ADAMS | NYE | BECHT LLP

By:   /s/ Bruce Nye
    BRUCE NYE
    MICHAEL SACHS
    GEORGES A. HADDAD

Attorneys for Plaintiff
AUTOBAHN, INC. DBA AUTOBAHN MOTORS

DATED: October 22, 2015      FRANCK & ASSOCIATES

By:   /s/Herman Franck
    HERMAN FRANCK

Attorneys for Defendants
MAS.KAY CORPORATION DBA EUROTECH and MICHAEL KEYNEJAD

[PROPOSED] ORDER CONTINUING DATES FOR FILING OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS