UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTHOBAHN MOTORS, INC,<br><br>  Plaintiff,<br><br>v.<br><br>MASKAY CORPORATION, et al.,<br><br>  Defendants. | Case No.  15-cv-04803-JST<br><br>**ORDER VACATING HEARINGS**<br>Re: ECF Nos. 7, 8 |

On October 19, 2015, Defendants removed this case from San Mateo County Superior Court. ECF No. 2. On October 20, 2015, Defendants filed a motions to strike and to dismiss. ECF Nos. 7, 8. One week later, the Court continued the hearings on those motions until December 1, 2015. ECF No. 17. Plaintiff has now filed a motion to remand, which it has noticed for hearing on December 1, 2015. ECF No. 19. In its motion to remand, Plaintiff argues that the Court does not have subject matter jurisdiction over this case. Id. at 4.

Because the Court must first determine whether it has subject matter jurisdiction before it can rule on Defendant's motions to strike and to dismiss, the Court now vacates the hearings on those motions, as well as the briefing schedules set forth in ECF No. 17. If the Court concludes that it has subject matter jurisdiction and denies Plaintiff's motion to remand, the Court will issue an order re-scheduling the hearings on Defendants' motions and setting forth a new briefing schedule.

IT IS SO ORDERED.

Dated: October 27, 2015

_____
JON S. TIGAR
United States District Judge